**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANTONELLO BOLDRINI,

     Plaintiff,

       v.

MARTIN R. WILSON, *et al.*,

     Defendants.

CIVIL ACTION NO. 3:CV-11-1771

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

**ORDER**

**NOW**, this 26th day of December, 2012, **IT IS HEREBY ORDERED** that:

(1)    Magistrate Judge Blewitt's Report and Recommendation (Doc. 46) is **ADOPTED**.

    (A)    Defendants Barrett, Bell, Doe, Johnson, Shaw, and Wilson's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 7) is **GRANTED**.

    (B)    Defendant Ponce's Motion to Dismiss the Complaint (Doc. 12) is **GRANTED**.

    (C)    Plaintiff Antonello Boldrini's constitutional claims are **DISMISSED with prejudice**.

    (D)    Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims and those claims are **DISMISSED without prejudice**.

(2)    The Motion to Reinstate, Consolidate, and for Leave to File Amended Complaint (Doc. 32) is **DENIED as moot**.

(3)    The Motion to Strike Defendants' Response (Doc. 36) is **DENIED as moot**.

(4)    The Motion for a Second Extension of Time to File Brief in Support of Plaintiff's Motion to Reinstate, Consolidate, and for Leave to File Amended Complaint (Doc. 38) is **DENIED as moot**.

(5)    The Motion to Strike Defendants' Brief in Opposition to Plaintiff's Motion to Reinstate, Consolidate, and for Leave to File Amended Complaint (Doc. 54) is **DENIED as moot**.

(6)    The Motion for Leave to File Amended Complaint (Doc. 57) is **DENIED as moot**.

                   /s/ A. Richard Caputo
                   A. Richard Caputo
                   United States District Judge