UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONELLO BOLDRINI, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-1771 |
| v. | : | (JUDGE MANNION) |
| MARTIN R. WILSON, *et al.*, | : | |
| Defendants | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

Plaintiff Boldrini's motion for relief from judgment under Rule 60(b)(1)-(6), **(Doc. 201)**, is **DISMISSED WITH PREJUDICE**, and this case shall remain closed.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 16, 2020**
11-1771-01-ORDER