UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONELLO BOLDRINI, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-1771 |
| v. | : | (JUDGE MANNION) |
| MARTIN R. WILSON, *et al.*, | : | |
| Defendants | : | |

**O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

Plaintiff Boldrini's motion for reconsideration of the court's November 16, 2020 decision dismissing with prejudice his motion for relief from judgment under Rule 60(b)(1)-(6), **(Doc. 210)**, is **DENIED**, and this case shall remain closed.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 19, 2021**
11-1771-02-ORDER